FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**FILED**
US DISTRICT COURT
EASTERN DIST ARK
JAN 24 2001
JAMES W. McCORMACK
By: _____ DEP C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

4:01CV00040

Pennington Frederick
A.D.C. 071805
Frederick Pennington

(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

this complaint is also brought under Section 18 U.S.C. S-S 1961-. Racketeer [illegible] Influen[ce] Corrupted Organized and 42 U.S.C. S 1985C.

v. Buck Canyon Gibson et al CASE NO. _____

Larry Norris, Director, Arkansas Department of Correction; Mark Pryor, Attorney General, and the Ass[istan]t Attorney Generals Reginald A Rogers, Rick H[...], Anna Mary Dougherty, Michell Ban[...] Odum, Sara Merril, Kimberly A WithersPoon, Steven Cassley, James Hatcher, V. Ginger Atkinson; Grobo[...] Ramsay and Ross, and Buck Canyon Gibson

(Enter above the full name of defendant or defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: Frederick Pennington

Defendants: mentioned in above caption a complaint

2. Court (if federal court, name the district; if state court, name the county: Eastern Districts

This case assigned to District Judge Moody
and to Magistrate Judge _____

PB-C-96-281, PB-C-97-538, LR-C-97-935, LR-C-98-2
99-CV-218, 99-CV-086, 99-CV-147, 00-CV-95, 00-CV-9?

3. Docket Number: Several, Included on Bout 6(?) ments, and above 99-CV-218, 00-CV-748, 00-CV-00965

4. Name of judge to whom case was assigned: Eisele, Wilse, Moody, Howard

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit(s) 1996-2001

7. Approximate date of disposition: _____

II. Place of Present Confinement: Varner Super Max

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ✓   No ____

   B. If your answer is YES, Attach copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

   C. If your answer is NO, explain why not: _____

IV. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff: Frederick Pennington
      Address: P.O. Box 400, Grady, Ar., 71644-0400

   Name of plaintiff: _____
   Address: _____
   Name of plaintiff: _____
   Address: _____

(In item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Larry Norris
Position: Director
Place of employment: Arkansas Department of Correction
Address: P.O. Box 8707, Pine Bluff, Ar. 71611

Defendant: Several unmentioned correction officer
Position: Correctional Officers
Place of employment: Ark Dept of corr.
Address: P.O. Box 400, Grady Ark 71644-0400
—Post office Box 500 Grady Ark. 71644-0500

Defendant: Mark Pryor; Michell Odums; Sam Merit; Kimberly Witherspoon
Position: Attorney General, and Assistant Attorney Generals
Place of employment: Attorney General Offices
Address: 323 Center Street, Little Rock Ark 72

Defendant: Steven Cauley, and James K Hatcher
Position: Attorneys / Cauley and Gallos, LLP
Place of employment: 11311 Arcade Drive
Address: 11311 Arcade Drive, suite 201 Little Rock, Ar. 72212 Ph NO. (801) 912-8500

Defendant: V. Ginell Atkinson
Position: Attorney at Law
Place of employment: The Harley Building
Address: 721 West Second Street, Little Rock AR 72

Rick D Hosen, and Reginald A Rogers are former Attorney Generals[3] under the Winston Bryant Administration 199_-1998

Crabtree, Ramsey Ross, #24 West Capitol Avenue Suite 825 P.O. Box 70, Little Rock, AR. 72203-0070 Ph. NO (501) 346-1171
Bud Cummins Gibson, Attorney At Law 8100 Central Road Suite 1001, Little Rock, Ark 72227
Phone Numbers (501) 225-3301

V. Statement of Claim

State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This complaint is brought under sections 42 U.S.C. §§ 1983, 1985(c), and 18 U.S.C. §§ 1961-1968; Civil Rights Act, and Conspiracy, and Racketeer Corrupted Organized Act. On May 10, 1996, the Plaintiff filed a Civil Rights complaint, seeking relief from the United States District Court, Eastern District of Arkansas. In case Frederick Pennington

VI. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Trial By Jury, Declaratory Judgement, and A Preliminary Injunction Relief, Compensatory, Actual, and Punitive Damage Awards; Criminal charges filed against the Guilty. Appointment of Counsel

I declare under penalty of perjury (18 U.S.C. § 1621 that the foregoing is true and correct.

Executed on this 7th day of January, 2001.

*Frederick Pennington*

Signature(s) of plaintiff(s)

-4-

v. W. Oglesby, et al. herein referred to as Pennington v. Oglesby supra (96 CV-281). In that case, Pennington was injected with anti-psychotic Psycotropic drugs {Prolixon} without due process safegards. Pennington suffer a physical injury from an imminent danger of the injection of the drugs in violation of his constitutional rights. The injections of the drugs began in the last part of December of 1995, or the last part of the year of 1995, and was discontinued only when one of the Plaintiffs Brother contacted the Governer office requesting that the drugs be discontinued. The injection of the drugs were discontinued in the year of 1996.

The Plaintiff suffered discomfort, gained several pounds in weight, and was physically restrained in his body by the drug. The Plaintiff also suffered Amnesia

and did not have the ability to read or write, and found it very hard to think. The Plaintiff now suffers a permanent pain in his spinal cord, upper and low back as a result of the injections, and a swelling in the area of his private parts.

The Plaintiff also suffered actions of corruptions during the filing of his grievance and lawsuit during 1995 - 7/6/98 by Larry Norris, Director of the Ark Dept of Corr., the Office of the Attorney General, and his Court Appointed Attorneys.

Legal Documents were taken from the cell, during 1995 - 2000.

The Plaintiff was accused of not exhausting or showing proff of exhaustion, when the Plaintiff exhausted the grievance as required by the Prison Litigation Reform Act.

The Plaintiff suffered continued acts of a conspiracy, and corrupted Influenced organized Acts in the lawsuits that were

filed between May 5, 1996 and the recent law suits PB-C-97-538, LR-C-97-935, LR-C-98-27, PB-C-96-281, 99-CV-218, 99-CV-147, 00-CV-93, and 00-CV-95. In those cases the Plaintiff suffered continued Acts of Physical injuries of imminent dangers, and violations of Liberty interests Protections without due Process safeguards, during 1995 and August 15, 2000.

The Plaintiff notified the court that the grievance officers were not sufficiently doing the job in case 99-CV-147, and that he had suffered continuated retaliatory Acts of Physical injuries and Liberty losses without first being given due Process safeguards. The Plaintiff also notified the courts of those unlawfull acts in those other cases, due to unlawfull Acts of Larry Norris, Director of A.D.C., the Assistant Attorney Generals

that when assigned to the case, and his court Appointed Attorneys during May 10, 1996 - August 15, 2000.

The Plaintiff has since filed lawsuits on Mark Pryor, Attorney General, State of Arkansas sealed merit, and Milton Finn II, Assistant Attorney Generals, and Buck Canyon Gibson a court appointed counsel of Pennington in case 99-CV-218.

The Plaintiff was deprived a bedside visit with his mother before death, and participation attendance at the funeral on August 5, 2000, and have been deprived other continued Liberty interest losses without due process afforded as required by Policy regulation of the Ark Dept of Corr 1978-1979, 1980, 1981, 1982 from a court DeCree, and 1977-78 Policy regulation of the Ark Dept of corrections Those issues are filed in cases 4:80CV00749 ALJ 4:00-CV-00748, and 4.00CV00965

The Plaintiff, Pennington is entitled the relief requested and or authorized by Law

the Plaintiff have resounded that colonel Tom Mars of the Arkansas State Police Department, and the Federal Bureau of Investigation (F.B.I.) investigated the Defendants, and File criminal felony charges of Battery, and and criminal charges of Felony conspiracy against the Defendants that are guilty of the unlawful acts against the Parson(s) of the Plaintiff and or Plaintiff(s)

Justice must issue, and Liberty interest, entitlements, due Process safeguards, Equal Protection of Law, and the Plaintiff must not be subjected to other continued acts of Physical injuries of imminent Dangers, nor suffer any more Liberty interest entitlement violations, and must recieve due Process safeguards and other Protection

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# Exhibits Attached to Original Documents in Court's Case File